IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-331-CR




ROY TORRES GARZA,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT



NO. CR93-069, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING


 





PER CURIAM

 This is an appeal from a judgment of conviction for aggravated robbery. On
January 26, 1994, this Court granted a joint motion for leave to file out-of-time motion for new
trial. The motion for new trial was subsequently filed by appellant and granted by the district
court.

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Appeal Dismissed

Filed: March 30, 1994

Do Not Publish